JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MIGUEL MARQUEZ-FUENTES,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>Respondent. | Case No. ED CV 17-279-AG (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 25, 2017

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE